IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LESTER ALLEN, | : | |
| Plaintiff, | : | Case No. 3:13cv00140 |
| vs. | : | District Judge Walter Herbert Rice |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : | Chief Magistrate Judge Sharon L. Ovington |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 27, 2014 (Doc. #13) is ADOPTED in full;

2. The Commissioner's final non-disability decision is reversed;

3. Plaintiff Lester Allen's case is REMANDED to the Social Security Administration for payment of Supplemental Security Income consistent with the Social Security Act; and,

4.     The case is terminated on the docket of this Court.

                                             Walter Herbert Rice
                                         United States District Judge